David Jacobs, State Bar No. 73545
Deanna L. Ballesteros, State Bar No. 159079
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
djacobs@ebglaw.com
dballesteros@ebglaw.com

Attorneys for Defendant
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC., erroneously sued as
"Quest Diagnostics"

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEEN A. PEACOCK,<br><br>    Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS, and DOES 1 to 100, Inclusive,<br><br>    Defendants. | CASE NO.  CV09-09206 JHN (RZx)<br><br>Complaint Filed:  October 29, 2009<br><br>**JOINT STATEMENT OF THE CASE** |

      Pursuant to Court's Order of February 17, 2010, Plaintiff Janeen Peacock and Defendant Quest Diagnostics Clinical Laboratories, Inc., hereby submit their joint statement of the case;

      The plaintiff in this case is Janeen Peacock ("Plaintiff" or "Peacock").  The defendant is Quest Diagnostics Clinical Laboratories, Inc. ("Quest Diagnostics" or "Defendant").  She seeks damages for an alleged wrongful termination.

      Ms. Peacock was employed by defendant Quest Diagnostics as a Specimen Processor II from 2003 until her termination in January 2008.

      Ms. Peacock contends that Quest Diagnostics wrongfully terminated her employment in violation of the California Family Rights Act ("CFRA"), interfered

with her right to medical leave under CFRA, failed to accommodate her disability under the Fair Employment and Housing Act ("FEHA), and failed to engage in the interactive process to determine an accommodation for her disability under FEHA.

Quest Diagnostics denies all of her allegations and denies that Ms. Peacock is entitled to any damages.

DATED: November 4, 2010    EPSTEIN BECKER & GREEN, P.C.

By: /s/
David Jacobs
Deanna L. Ballesteros
Attorneys for Defendant
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

DATED: November 4, 2010    THE deRUBERTIS LAW FIRM

By: /s/
David M. deRubertis, Esq.
Kimberly Y. Higgins, Esq.
Attorneys for Plaintiff
JANEEN A. PEACOCK