1  David M. deRubertis, State Bar No. 208709
   Kimberly Y. Higgins, State Bar No. 245174
2  **The deRubertis Law Firm**
   4219 Coldwater Canyon Avenue
3  Studio City, California 91604
   Telephone:  (818) 761-2322
4  Facsimile:   (818) 761-2323
   E-mail: David@deRubertisLaw.com
5  E-mail: Kim@deRubertisLaw.com

6  Joseph Lavi, State Bar No. 209776
   **LAVI & EBBRAHIMIAN LLP**
7  8383 Wilshire Boulevard, Suite 840
   Beverly Hills, California 90211
8  Telephone:  (323) 653-0086
   Facsimile:   (323) 653-0081
9  E-Mail: jlavi@lwlawfirm.com

10 Attorneys for Plaintiff
   Janeen A. Peacock
11
   David Jacobs, State Bar No. 73545
12 Deanna L. Ballesteros, State Bar No. 159079
   **EPSTEIN BECKER & GREEN, P.C.**
13 1925 Century Park East, Suite 500
   Los Angeles, CA 90067-2506
14 Telephone: (310) 556-8861
   Facsimile:  (310) 553-2165
15 djacobs@ebglaw.com
   dballesteros@ebglaw.com
16
   Attorneys for Defendant
17 Quest Diagnostics Clinical
   Laboratories, Inc.
18
                **UNITED STATES DISTRICT COURT**
19
             **CENTRAL DISTRICT OF CALIFORNIA**
20

21 JANEEN A. PEACOCK,                    ) Case No. CV09-09206 JHN (Rzx)
                                         ) [Assigned to Honorable Jacqueline H.
22          Plaintiff,                   ) Nguyen, Courtroom 790]
                                         )
23                                       ) **JOINT LIST OF AGREED**
            v.                           ) **EXHIBITS TO BE PRE-ADMITTED**
24                                       )
   QUEST DIAGNOSTICS, and DOES 1 )        Trial Date:  December 7, 2010
25 to 100, Inclusive,                    ) Time:         8:30 a.m.
                                         ) Courtroom: 790
26          Defendants.                  )
                                         )
27 _____  )

28

                                    - 1 -
_____
       **JOINT LIST OF AGREED EXHIBITS TO BE PRE-ADMITTED**

1    The parties hereby submit the following joint list of agreed exhibits to be pre-

2    admitted:

3    **EXHIBIT NUMBER**

4    4

5    5

6    6

7    7

8    9

9    10

10   11

11   12

12   13

13   17

14   18

15   19

16   20

17   21

18   22

19   23

20   24

21   25

22   26

23   27

24   29

25   30

26   32

27   34

28   35

JOINT LIST OF AGREED EXHIBITS TO BE PRE-ADMITTED

| | |
|---|---|
| 1 | 36 |
| 2 | 37 |
| 3 | 38 |
| 4 | 40 |
| 5 | 42 |
| 6 | 53 |
| 7 | 54 |
| 8 | 55 |
| 9 | 57 |
| 10 | 60 |
| 11 | 62 |
| 12 | 63 |
| 13 | 85 |
| 14 | 88 |

Dated: December 6, 2010     **The deRubertis Law Firm**

By_____
David M. deRubertis, Esq.
Attorneys for Plaintiff Janeen Peacock


Dated: December 6, 2010     **Epstein, Becker & Green, P.C.**

By_____
David Jacobs, Esq.
Deanna Ballesteros, Esq.
Attorneys for Defendant Quest Diagnostics
Clinical Laboratories, Inc.

- 3 -

**JOINT LIST OF AGREED EXHIBITS TO BE PRE-ADMITTED**