JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEEN A. PEACOCK, | Case No. 2:09-cv-09206-JHN -RZx |
| Plaintiff, | [Assigned to Honorable Jacqueline H. Nguyen, Courtroom 790] |
| v. | |
| QUEST DIAGNOSTICS, and DOES 1 to 100, Inclusive, | **JUDGMENT ON SPECIAL JURY VERDICT** |
| Defendants. | |

This action came on regularly for jury trial on December 7, 2010, before the Honorable Jacqueline H. Nguyen, United State District Judge, presiding.

Based on the jury's verdict in favor of Plaintiff Janeen Peacock, returned on December 15, 2010, IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiff and against Defendant Quest Diagnostics Clinical Laboratories, Inc.

Plaintiff shall recover from Defendant Quest Diagnostics Clinical Laboratories, Inc. the sum of two hundred twenty-nine thousand, six hundred thirty-eight dollars and zero cents ($229,638.00) with interest thereon at the legal rate until

paid.  Plaintiff shall be entitled to file a timely Memorandum of Costs and Motion for Attorneys' Fees.  Should the Court grant any such costs or fees, the Judgment shall be amended accordingly.

IT IS SO ORDERED.

DATED: May 13, 2011

_____
Hon. Jacqueline H. Nguyen
United States District Judge